# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-cr-00138 |
| ) | Judge Nixon |
| DARIN LEE MCALLISTER ) | |
| ) | |

## ORDER

Pending before the Court is Defendant Darin Lee McAllister's Motion to Continue Status Conference ("Motion"), requesting that the status conference currently scheduled for October 4, 2012, be continued to a later date. (Doc. No. 131.) Defendant states that the parties have consulted regarding the continuance and Plaintiff's counsel does not oppose the Motion. (*Id.*) Accordingly, the Court **GRANTS** the Motion. The status conference is hereby **CONTINUED** to **October 11, 2012, at 10:30 a.m.**

It is so ORDERED.

Entered this the 27th day of September, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT